UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No.    10-15960-BKC-RAM
                                          Chapter     7
FORTNER, MITCHEL,

_____Debtor._____/

**NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK**

[Stamp: U.S. BANKRUPTCY COURT SO. DISTRICT OF FLORIDA, JUN 17 2011, FILED / RECEIVED]

Notice is hereby given that:

(x)   The trustee has a balance of $5.96 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. '' 726, 1226 or 1326 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )   The trustee has a balance of ___ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: June 14, 2011.

/s/ Marcia T. Dunn, Trustee
Marcia T. Dunn, Trustee
P.O. Box 561507
Miami, Florida 33256-1507
Telephone: (305) 275-2733
Facsimile: (305) 275-2732
mdunn@ryan-dunn.com

LF-26 (rev. 12/01/02)

SERVICE LIST

Office of the US Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

OPHRYS, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

American Infosource Lp As Agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

JOEL L TABAS ESQ
TABAS, FREEDMAN, SOLOFF,
MILLER & BROWN, P.A
14 NE 1st Avenue, Penthouse
Miami, FL 33132

LF-26 (rev. 12/01/02)

UNCLAIMED FUNDS
CASE NO. 10-15960-BKC-RAM

| Claim Number | Name of Claimant | Amount |
|---|---|---|
| 7 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | $2.71 |
| 4 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $0.43 |
| 3 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $2.45 |
| 9 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $.37 |

LF-26 (rev. 12/01/02)